1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Marlene Marie Chavez

7

8                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9                         **SOUTHERN DIVISION**

10

11

12 MARLENE MARIE CHAVEZ,         ) Case No.: CV10-6590 RNB
                                  )
13        Plaintiff,              ) /~~PROPOSED~~/ ORDER OF
                                  ) DISMISSAL
14    vs.                         )
                                  )
15 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security,)
16                                )
          Defendant.              )
17 _____ )

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21
   DATE: February 17, 2011            _____
22
                                      THE HONORABLE ROBERT N. BLOCK
23                                    UNITED STATES MAGISTRATE JUDGE

24

25

26